IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN MARIE GRICE | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-589 |
| CHARLES SAMUELS, et al | : |
| | : |

## ORDER

**AND NOW**, this 31st day of August 2015, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF Doc. No. 1), the response to the Petition (ECF Doc. No. 7), Petitioner's March 22, 2015 letter to Judge Rice (ECF Doc. No. 8), consideration of Judge Rice's extensive and well-reasoned July 21, 2015 Report and Recommendation (ECF Doc. No. 9), with a detailed analysis of the specific findings made in the administrative process and the current status of Petitioner's sentence, it is **ORDERED**:

1. The Report and Recommendation (ECF Doc. No. 9) is **APPROVED and ADOPTED**;

2. The Petition for Writ of Habeas Corpus (ECF Doc. No. 1) is **DISMISSED with prejudice**;

3. There is no probable cause to issue a certificate of appealability; and,

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

KEARNEY, J.